THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLASSMATES ONLINE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUOPING DING, an individual; RANDY PING, an individual; and KAOSCO TECHNOLOGY, INC., a Washington corporation,<br><br>Defendants. | NO. CV06-0290RSL<br><br>ORDER GRANTING CLASSMATES ONLINE, INC.'S MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER RULE 4(m) |

This matter came regularly before the Court on Plaintiff Classmates Online, Inc.'s motion under Fed. R. Civ. P. 4(m) and 6(b) for an extension of the time for service of process of the summonses and the Complaint on Defendants Guoping Ding and/or Randy Ding and Kaosco Technology, Inc.. Plaintiff requests an additional ninety (90) days in which to effect service of process. The Court has considered Plaintiff's motion and the records and files herein. Now, having considered the above evidence, and being fully advised in the premises, it is hereby

ORDER (NO. CV06-0290RSL) - 1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

ORDERED and ADJUDGED that Plaintiff's Motion is GRANTED.  The ninety (90) day extension shall run from the date of this Order.

SO ORDERED this 17th day of July, 2006

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ William C. Rava, WSBA #29948
Jennifer E. Bell, WSBA #31476
Matthew D. Schneller, WSBA #35868
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
E-mail: WRava@perkinscoie.com
          JBell@perkinscoie.com
          MSchneller@perkinscoie.com
Attorneys for Plaintiff Classmates Online, Inc.

ORDER (NO. CV06-0290RSL) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000